IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LIU WENFANG ,

    Plaintiff,                                            ORDER

v.

                                                    Case No.  15-cv-385-wmc

RUSSELL SYLVAN SOEHNER II,

    Defendant.

        Plaintiff Liu WenFang has requested leave to proceed without prepaying the filing fee in this civil action for monetary and other relief.  From the affidavit of indigency accompanying plaintiff's proposed complaint, the court cannot determine whether plaintiff qualifies for indigent status.  The affidavit includes only a single page and is missing pages 1, 2, 4 and 5.  Without the information from the entire affidavit I am unable to determine whether plaintiff qualifies for indigent status.  Therefore, I will provide plaintiff with the opportunity to supplement the request for leave to proceed without paying the filing fee by completing the enclosed affidavit of indigency.  When completing the affidavit, plaintiff should take care to show how basic necessities are paid, and include plaintiff's actual gross monthly income from all sources for the last twelve months.

ORDER

IT IS ORDERED that plaintiff Liu WenFang, may have until July 14, 2015, to amend and return the affidavit of indigency, taking particular care to show how basic necessities are paid, and include actual gross monthly income from all sources for the last twelve months. If plaintiff fails to provide this requested financial information, then the court will deny the request for leave to proceed without prepayment of the filing fee for failure to show indigency.

Entered this 24th day of June, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

_____
Full name of plaintiff(s) or petitioner(s)

Case No. _____
(Provided by the clerk of court)

v.

_____
Full name of defendant(s) or respondent(s)

**PETITION AND AFFIDAVIT TO PROCEED**
**WITHOUT PREPAYMENT OF FEES AND/OR COSTS**

I, _____, declare that I am the plaintiff or petitioner in the above-named action. In support of my request to proceed in forma pauperis, I declare that I am unable to pay the fees and/or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. I answer the following questions truthfully and under penalty of perjury (additional pages may be added, if necessary, to provide complete information):

**I. Personal Information**

1) Are you currently incarcerated?         Yes         No

   If "No," go to question 2. Complete all sections.

   If "Yes," answer questions (a), (b) & (c), skip to Section IV. Complete sections IV and V.

   (a) State the place of your incarceration and provide your prisoner identification number:

   _____    _____
   (place)                                                                              (number)

   (b) Are you employed at the institution?        Yes            No

   (c) Do you receive any payment from the institution?        Yes        No

If you are a prisoner, attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of your complaint, motion, or petition and showing the balance of your release account. Prisoners who are permitted to file in forma pauperis must pay the full filing fee in installments.

(WIWD 12/07)
**Personal Information** - *continued*

2) Are you employed?          Yes          No

3) Are you currently married?          Yes          No
    If "Yes," is your spouse employed?          Yes          No

4) Do you have any legal dependents (children/adults) whom you are responsible for supporting?
          Yes          No

   If "Yes," list them below:

| First and Last Initials (For Minor Children Only) or Name | Relationship to You | Age | Amount of Support Provided Per Month |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |
| _____ | _____ | _____ | $_____ |

**II.  Income** - If you are married, your answers ***must include your spouse's income.***
   *(When calculating income, you must include any salary, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts, and inheritance, or other incoming monies.)*

State your total *monthly* income?          $ _____

Provide the name of your employer(s):   _____

State your spouse's total *monthly* income?     $ _____

State the amount of money you have received from any other source in the last twelve months (e.g., rent payments, pension or insurance payments, gifts, inheritance, disability or workers' compensation payments).  Please attach an additional sheet if necessary.

| Source of income | Amount |
|---|---|
| _____ | $ _____ |
| _____ | $ _____ |

**III. Expenses** - If you are married and/or have dependents, *your expenses should also include your household's expenses.*
  *(When calculating household expenses, you may include groceries, clothing, medical costs, utilities which are not included in your rental payments, transportation, and insurance.)*

1) Identify the following amounts that you pay per month:

    Rent or     Mortgage          $ _____

    Car payment(s)          $ _____

    Alimony and/or court-ordered child support   $ _____

    Credit card payment(s)          $ _____

2) Do you have any other monthly expenses that you have not already identified?
        Yes         No

    If "Yes," list them below:

Expense                                                                        Amount

_____         $ _____

_____         $ _____

_____         $ _____

3) What is the total amount of your <u>monthly</u> expenses?    $_____

**IV. Property** - If you are married, your answers must *include your spouse's property.*

1) Do you own a car?         Yes         No    If "Yes," list car(s) below:

Make and Model                                  Year        Approximate Current Value

_____    _____    $_____

_____    _____    $_____

2) Do you own your residence(s)?         Yes         No

    If "Yes," state the approximate value(s). $ _____

        What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the residence(s)? $ _____

**IV. Property** - *continued*

3) Do you own any other valuable tangible property, including but not limited to, jewelry, artwork, or antiques?   Yes   No

If "Yes," identify the property and approximate value(s).

Property                                                          Approximate Value

_____    $_____

_____    $_____

_____    $_____

4) Do you have any cash or checking, savings, or other similar accounts?   Yes   No

If "Yes," state the total amount of such sums. $ _____

5) Do you own any intangible property, including but not limited to real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k)?   Yes   No

If "Yes," state the nature of that property and approximate value(s).

_____

**V. Other Circumstances** - Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.

_____

_____

_____

_____

_____

_____

_____    _____
Date                                                          **Signature** - **Signed Under Penalty of Perjury**