IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LIU WENFANG,

    Plaintiff,                       JUDGMENT IN A CIVIL CASE

  v.                                     Case No.  15-cv-385-wmc

RUSSELL SYLVAN SOEHNER, II,

    Defendant.

This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff Liu WenFang's complaint for lack of subject matter jurisdiction.

/s/

_____          7/8/2015_____
Peter Oppeneer, Clerk of Court                            Date