William M. Conley ordered: ~~Plaintiff Liu Wen Fang's motions for leave to proceed in case no. 15-cv-669 are denied~~ The clerk of court is ~~late~~ directed to close case no. 15-cv-669-wmc.

~~Something~~ IS Rape Legal in America?

# Form 1.  Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the __Western__ District of __Wisconsin__

File Number ~~15-cv~~ 15-cv-669-wmc

| | |
|---|---|
| Plaintiff | ) |
| | ) |
| v. | ) Notice of Appeal |
| | ) |
| Defendant | ) |

2016 MAR -2 PM 3:27
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
DOC NO
REC'D/FILED

Liu Wen Fang

Notice is hereby given that [ __(here name all parties taking the appeal)__ , (plaintiffs) (defendants) in the above named case,¹] hereby appeal to the United States Court of Appeals for the __Seventh__ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the __02__ day of __March__, 20__16__

(s)_____
Attorney for [_____]
[Address:_____]

(As amended Apr. 22, 1993, eff. Dec. 1, 1993; Mar. 27, 2003, eff. Dec. 1, 2003.)

¹ See Rule 3(c) for permissible ways of identifying appellants. (attached)
 *See Circuit Rule 3(c)(1) for
  Docketing Statement (attached)